CHRISTINA M. WILD, RESPONDENT, v. FLORENCE CA-
HILL, HIPPOLITE A. De RAISMES, EMMA ST. C. De
RAISMES, APPELLANTS.

Submitted December 6, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, in which court Chief
Justice Gummere filed the following opinion:

"The purpose of this writ is to test the validity of certain
proceedings had in the Circuit Court of this county looking
to the confirmation of a sale under the Martin act, of a tract
of land located on the Newark meadows.

"It is conceded that the proceedings in the Circuit are
fatally defective, for failure to comply with the statutory
requirement in describing the premises. The only mooted
question is whether the prosecutrix has a standing to chal-
lenge the legality of those proceedings. An examination of
the papers, and the testimony in the case, leads me to the con-
clusion that she has. The taxing authorities of Newark as-
sessed this property for taxation as the property of one Wil-
liam Ball. That, I think, justifies a presumption of owner-
ship, either in him, or, in case of his death, in his heirs-at-
law. The proof shows that he is dead; that one of his lineal
descendants conveyed all his right, title and interest in the
property to prosecutrix. There is nothing to show that
either William Ball, or any of his lineal descendants down
to the grantor of the present prosecutrix, ever made a will,
and, in the absence of such proof, the presumption of law is
that the title to the land descended to heirs. The prosecu-
trix, being the grantee of one of the lineal descendants, and,
therefore, one of the heirs of William Ball, I think she has a
standing to prosecute this writ as the presumptive owner of
an undivided interest in the land. That being so, I must
find that the proceedings under review are defective, and
direct that an order be entered setting them aside, with costs,
to the prosecutrix."

For the appellants, *William P. Hurley.*

For the respondent, *James R. Nugent.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ.   15.

*For reversal*—None.